914

No. 03–10319. SMYTHE v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 03–10320. ADAMS v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 03–10322. NEAL v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 03–10324. BERRY v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 03–10326. AMADO-NUNEZ v. UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 03–10329. HERNANDEZ v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 03–10330. HERNANDEZ-PUGA v. UNITED STATES; CRUZ-DURAN v. UNITED STATES; and TERAN-GOMEZ v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 03–10338. CARTER v. UNITED STATES ET AL. C. A. 11th Cir. Certiorari denied.

No. 03–10344. MCFARLANE v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 03–10346. WALKER, AKA SMITH v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 03–10347. BROWN v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 03–10350. PERSAUD v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 03–10362. SPRINGER ET AL. v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 03–10365. SPYKES v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 03–10366. HAYS v. UNITED STATES. C. A. 5th Cir. Certiorari denied.